No. 81–140.  PROTESTANT EPISCOPAL CHURCH IN THE DIOCESE OF LOS ANGELES ET AL. *v.* BARKER ET AL.; and

No. 81–141.  RECTOR, WARDEN, AND VESTRYMEN OF THE CHURCH OF THE HOLY APOSTLES IN GLENDALE, CALIFORNIA, ET AL. *v.* PROTESTANT EPISCOPAL CHURCH IN THE DIOCESE OF LOS ANGELES ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.  Reported below: 115 Cal. App. 3d 599, 171 Cal. Rptr. 541.

No. 81–145.  TODD *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 81–146.  ZANG ET AL. *v.* UNITED STATES.  Temp. Emerg. Ct. App.  Certiorari denied.

No. 81–147.  McCUTCHEON *v.* BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 81–148.  MARTIN *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 81–149.  COOPER *v.* WILLE, SHERIFF.  C. A. 5th Cir. Certiorari denied.

No. 81–154.  DONALD B. RICE TIRE CO., INC. *v.* MICHELIN TIRE CORP.  C. A. 4th Cir.  Certiorari denied.

No. 81–156.  LEITCH ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 81–159.  HATHEWAY *v.* MARSH, SECRETARY OF THE ARMY.  C. A. 9th Cir.  Certiorari denied.

No. 81–161.  MANGRUM *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.